UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HANNELORE MORALES,

Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

Defendant.
------------------------------------------------------------x

**ORDER**

25 Civ. 4379 (KMK) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 35. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order. Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated: July 15, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge